MILDRED MC BAIN, AS *ADMX. AD PROS.*, *ETC.*, PLAIN-TIFF-PETITIONER, v. LEWIS W. STUCKEY, *ET AL.*, DE-FENDANTS AND KAMOS, *ETC.*, *t/a* BUTTONWOOD MANOR, DEFENDANT-RESPONDENT.

*Messrs. Lane & Evans* and *Mr. John M. Weber* for the petitioner.

*Messrs. Champi, Graham & Yurasko* for the respondent.

April 28, 1970. Denied.

BOARD OF EDUCATION OF THE TOWN OF WEST ORANGE IN THE COUNTY OF ESSEX, PLAINTIFF-PETITIONER, v. ELIZABETH WILTON, *ET AL.*, DEFENDANTS-RE-SPONDENT.

*Mr. Samuel A. Christiano* for the petitioner.

*Mr. John H. Dorsey, Mr. George F. Kugler, Jr.* and *Mr. Malcolm S. Zlotkin* for the respondents.

April 28, 1970. Granted.

GARY L. BLOCKER, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. WILBUR RUPERT, *ET AL.*, DEFENDANTS-PETI-TIONERS.

*Messrs. Kisselman, Devine, Deighan & Montano* for the petitioners.

*Messrs. Molotsky, Rabkin & Gross* for the respondents.

April 28, 1970. Denied.